UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT WOLBERT et al., <br><br> Plaintiff, <br> v. <br><br> HOME DEPOT USA INC., <br><br> Defendant. | CASE NO. 3:24-cv-05085-DGE <br><br> ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER (DKT. NO. 30) |

Before the Court is the parties' Stipulated Motion for Protective Order. (Dkt. No. 30.) This is the parties' second stipulated motion for a protective order. (*See* Dkt. No. 28.) On August 19, 2024, this Court denied the first stipulated motion in a minute order, with the following instruction:

> The parties are instructed to utilize the Court's model protective order found at the Court's website. Pursuant to Local Civil Rule 26(c), a redline version of any proposed deviations to the model protective order shall be filed with a clean version of the proposed protective order.

(Dkt. No. 29.)

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER (DKT. NO. 30) - 1

Like the first stipulated order, the parties' second stipulated order again does not follow the Court's model protective order and is not accompanied by a redline version illustrating any deviations from the model order.[1]

Therefore, the parties' second stipulated motion for a protective order is DENIED. The parties are directed to refile their motion in compliance with the Court's orders.

DATED this 18th day of September 2024.

David G. Estudillo
United States District Judge

---

[1] The model order is publicly available online at the Western District of Washington's website, https://www.wawd.uscourts.gov/local-rules-and-orders.

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER (DKT. NO. 30) - 2